IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hudson, Lillie

Printed: 8/5/08

Case Number: 07 B 23549
Judge: Hollis, Pamela S
Filed: 12/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: July 30, 2008
Confirmed: February 25, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,102.00 |  |
| Secured: |  | 50.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 986.42 |
| Trustee Fee: |  | 65.58 |
| Other Funds: |  | 0.00 |
| Totals: | 1,102.00 | 1,102.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,703.00 | 986.42 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 914.00 | 50.00 |
| 4. | CitiMortgage Inc | Secured | 20,812.64 | 0.00 |
| 5. | Peoples Energy Corp | Unsecured | 70.00 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 79.32 | 0.00 |
| 7. | Capital One | Unsecured | 79.89 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 125.80 | 0.00 |
| 9. | Cook County Treasurer | Unsecured | 2.68 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 33.44 | 0.00 |
| 11. | RJM Acquisitions LLC | Unsecured | 9.13 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 38.38 | 0.00 |
| 13. | Illinois Collection Service | Unsecured |  | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | $ 24,868.28 | $ 1,036.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 29.70 |
| 6.5% | 35.88 |
|  | $ 65.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Hudson, Lillie | Case Number: 07 B 23549 |
| | Judge: Hollis, Pamela S |
| Printed: 8/5/08 | Filed: 12/14/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

